**WO**  TCK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Terry Sedillo, ) | No. CV 05-2463-PHX-DGC(MEA) |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| Michael Espino, et al., ) |  |
| Defendants. ) |  |

This is a civil rights action pursuant to 42 U.S.C. § 1983 filed by an inmate confined in the Arizona State Prison Complex in Florence, Arizona. On October 12, 2005, Plaintiff filed a "Motion to Dismiss Complaint," which the Court construes as a Notice of Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Under Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Commercial Space Management Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999). The dismissal is effective and automatic upon the filing of the notice. Id. No Defendant has yet served an answer or motion for summary judgment in this case. Accordingly, Plaintiff's Motion will be granted.

**JDDL-K**

1  **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss Complaint (Doc.
2  #4) is **GRANTED** and that the Complaint and this action are **DISMISSED** without prejudice
3  pursuant to FED. R. CIV. P. 41(a). The Clerk of Court shall enter judgment accordingly.
4  DATED this 31st day of October, 2005.

David G. Campbell
United States District Judge